UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: )<br>CAPT. BRANT'S FISHING ADVENTURES, )<br>INC., Owner of a 2008 33' +/- World Cat )<br>330TE, HIN # EPYEA005G708, USCG )<br>Official # 1205525, her engines, tackle, )<br>apparel, appurtenances, etc., )<br>)<br>For Exoneration from or Limitation of )<br>Liability, ) | **JUDGMENT IN A CVIIL CASE**<br>**CASE NO. 7:20-CV-70-M** |

Decision by Court.

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that pursuant to the court's order dated May 1, 2020 at [DE-6], LP's complaint is DISMISSED without prejudice to refile demonstrating compliance with 46 U.S.C. § 30511(b), *e.g.*, by tendering a surety bond reflecting both the value of the vessel and the amount paid for the charter in question .

**This Judgment Filed and Entered on May 4, 2020, and Copies to:**

Laura E. Dean (via CM/ECF Notice of Electronic Filing)

Levi A. Huston (via CM/ECF Notice of Electronic Filing)

Jason R. Harris (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE<br>May 4, 2020 | PETER A. MOORE, JR., CLERK<br><br>*Susan K. Edwards*<br>_____<br>(By) Susan K. Edwards, Deputy Clerk |